IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Heather Shelton, on Behalf of Herself and All Others Similarly Situated, | : : | Case No. 1:21-cv-470 |
| | : | |
| Plaintiff, | : : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | **Order Adopting Report and** |
| Pappas Restaurants, Inc., *et al.*, | : | **Recommendation** |
| | : | |
| Defendants. | : | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 18, 2022. (Doc. 24.) The Magistrate Judge recommended that Defendant Pappas Restaurants, Inc.'s Motion to Compel Arbitration and to Dismiss This Action (Doc. 19) be granted and this matter be dismissed without prejudice. The Magistrate Judge also recommended Defendant's request for fees and costs (Doc. 19) be denied, and Plaintiff Heather Shelton's request for equitable tolling (Doc. 20) be denied.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. This case is hereby **TERMINATED** from the docket of this Court.

     **IT IS SO ORDERED**.

Judge Susan J. Dlott
United States District Court