IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Heather Shelton, on Behalf of Herself and  :
All Others Similarly Situated,             :
                                           :
      Plaintiff,                           :
                                           :  Case Number: 1:21cv470
vs.                                        :
                                           :  Judge Susan J. Dlott
Pappas Restaurants, Inc., et al.,          :
                                           :
      Defendants.                          :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge (doc. 24). Accordingly, Defendant Pappas Restaurant, Inc.'s Motion to Compel Arbitration and to Dismiss this Action (Doc. 19) is granted, this matter is dismissed without prejudice. Defendant's request for fees and costs (Doc. 19) is denied, and Plaintiff Heather Shelton's request for equitable tolling (Doc. 20) is denied. This case is hereby TERMINATED from the docket of this Court.

3/2/2022                                                           RICH NAGEL, CLERK

                                                                                                            S/William Miller

                                                                                                            Deputy Clerk